NUMBER 13-02-193-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


SANDRA CANTU AS NEXT FRIEND OF M.E.R., A MINOR CHILD Appellant,



v.





MARTHA MARTINEZ, M.D., INDIVIDUALLY D/B/A WOMENS'

HEALTHCARE GROUP & DAGOBERTO MARTINEZ, M.D.P.A. , Appellees.

____________________________________________________________________


On appeal from the 357th District Court

of Cameron County, Texas.

____________________________________________________________________



MEMORANDUM OPINION



Before Justices Yañez, Castillo , and Garza

Opinion Per Curiam



 Appellant, SANDRA CANTU AS NEXT FRIEND OF M.E.R., A MINOR CHILD, perfected an appeal from a judgment
entered by the 357th District Court of Cameron County, Texas, in cause number 99-05-2207-E. After the notice of appeal
was filed and the parties filed their respective briefs, the appellant filed a motion to dismiss the appeal pursuant to
settlement. In the motion, appellant states that the parties have reached a full and final settlement in the underlying case.
The appellant requests that the appeal be dismissed. 

 The Court, having considered the documents on file and the appellant's motion to dismiss the appeal, is of the opinion that
the motion should be granted. The appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

 

PER CURIAM

Opinion delivered and filed this

the 17th day of April, 2003.